UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
VICTOR DEJESUS,

        Plaintiff,

vs.                                                               Civil Action No.:
                                                               7:24-CV-09435

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.
------------------------------------------------------------X

## **ORDER**

    AND, NOW, this 9th day of April, 2025, upon consideration of Plaintiff's Motion for an extension of time to file her brief,

    IT IS HEREBY ORDERED that Plaintiff's Motion is GRANTED. Plaintiff's brief is due June 11, 2025. Defendant's brief is due August 11, 2025. Plaintiff's reply, if any, is due August 25, 2025. The Clerk of Court is kindly directed to close the gavel associated with ECF No. 11.

Entered: 4/9/2025                                                    _____
                                                                        VICTORIA REZNIK
                                                                         United States Magistrate Judge