UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
VICTOR DEJESUS,

        Plaintiff,

vs.                                                               Civil Action No.:
                                                                  7:24-CV-09435-CS-VR

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.
-------------------------------------------------------------X

## **<u>ORDER</u>**

      AND, NOW, this 6th day of August, 2025, Plaintiff's request is GRANTED. Plaintiff's opening motion and brief are deemed timely filed. (ECF No. 14). Defendant's brief is due October 3, 2025 and Plaintiff's reply, if any, is due October 17, 2025. No further extensions will be granted.

Dated: 8/6/2025

                                                                        Victoria Reznik,
                                                                       United States Magistrate Judge