**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------------X
  VICTOR DEJESUS,

                              Plaintiff,               24 **CIVIL** 9435 (CS)(VR)

       -v-                                     **JUDGMENT**


COMMISSIONER OF SOCIAL SECURITY,

                              Defendant.
-------------------------------------------------------------------------X


      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated May 4, 2026, the Court adopts in part and rejects in part the Report and Recommendation of the Magistrate Judge, and remands this action to the Commissioner for reconsideration at step four in accordance with this order. Plaintiff's motion for judgment on the pleadings is granted to the extent of the remand.

**Dated:**  New York, New York

     May 5, 2026

                                           **TAMMI M. HELLWIG**
                                          **Clerk of Court**

                           **BY:**

                                    _____
                                         **Deputy Clerk**